# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ULTRA LANE, LTD.

VERSUS

DRC EMERGENCY SERVICES, LLC, ET AL.

CIVIL ACTION

17-430-SDD-RLB

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated September 5, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Ultra Lane, Ltd.'s *Unopposed Rule 21 Motion to Drop Non-Diverse Party and Leave to Amend*[3] is GRANTED IN PART and DENIED IN PART. Ultra Lane, Ltd.'s *First Amended Complaint* shall be filed into the record of these proceedings.

**IT IS FURTHER ORDERED** that DRC Emergency Services, LLC be DISMISSED without prejudice from this action, and Ultra Lane, Ltd. is ORDERED, pursuant to 28 U.S.C. § 1653, to file a *Second Amended Complaint* providing the citizenship of Hartford Fire Insurance Company within seven (7) days of entry of the *First Amended Complaint* into the record.

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 8.
[3] Rec. Doc. 7.

IT IS FURTHER ORDERED that DRC Emergency Services, LLC's *Motion to Dismiss for Lack of Subject Matter Jurisdiction and Failure to State a Claim*[4] is DENIED as moot.

Baton Rouge, Louisiana the 24 day of October, 2017.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[4] Rec. Doc. 2.